IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**YORI HENRY FAIRLEY**                                                                      **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 1:08cv647HSO-JMR**

**OCHSNER MEDICAL FOUNDATION, et al**                            **DEFENDANTS**

**FINAL JUDGMENT**

This matter is before the Court on submission of the Report and Recommendation [2] of Chief United States Magistrate Judge John M. Roper entered in this cause on May 11, 2010. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, Plaintiff's Complaint should be and hereby is dismissed without prejudice pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 13th day of July, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE